**No. 11-5060. Martin Avila, Petitioner v. United States.**

565 U.S. 887, 132 S. Ct. 264, 181 L. Ed. 2d 155, 2011 U.S. LEXIS 5293.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 634 F.3d 958.

**No. 11-5062. Colin D. Bortz, Petitioner v. Kenneth R. Cameron, Superintendent, State Correctional Institution at Cresson, et al.**

565 U.S. 888, 132 S. Ct. 264, 181 L. Ed. 2d 155, 2011 U.S. LEXIS 5669, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5063. Robert Everett Benoit, Petitioner v. Washington.**

565 U.S. 888, 132 S. Ct. 264, 181 L. Ed. 2d 155, 2011 U.S. LEXIS 5224, 

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 2, denied.

**No. 11-5065. Mark W. Lomax, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 888, 132 S. Ct. 264, 181 L. Ed. 2d 155, 2011 U.S. LEXIS 5479.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5066. Juan Carlos Olvera-Rivera, Petitioner v. United States.**

565 U.S. 888, 132 S. Ct. 265, 181 L. Ed. 2d 155, 2011 U.S. LEXIS 5555.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 413 Fed. Appx. 71.

**No. 11-5068. Quy Nguyen, Petitioner v. Phan T. Ho.**

565 U.S. 888, 132 S. Ct. 265, 181 L. Ed. 2d 155, 2011 U.S. LEXIS 5467.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 6 A.3d 556.

**No. 11-5069. Alvaro Carvajal, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

565 U.S. 888, 132 S. Ct. 265, 181 L. Ed. 2d 155, 2011 U.S. LEXIS 5383.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 633 F.3d 95.

**No. 11-5071. Todd Allen Spencer, Petitioner v. United States.**

565 U.S. 888, 132 S. Ct. 265, 181 L. Ed. 2d 155, 2011 U.S. LEXIS 5602.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 434 Fed. Appx. 231.